# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: SAWTEK, INC. SECURITIES LITIGATION**

                                                 **Master File No.**
                                                 **Case No. 6:03-cv-294-Orl-31DAB**

**This Document Relates to:**
**ALL CASES**                                               **Class Action (Consolidated)**

## ORDER

In light of this Court's order (Doc. 103) granting in part the Defendants' motion to dismiss (Doc. 44) and ordering dismissal of this case with prejudice, the Clerk is directed to enter judgment in favor of the Defendants and against the Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2005.

                                                 GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

-vs-

# ORDER

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party